Richard I. Dreitzer
Nevada Bar No. 6626
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
Telephone 702.727.1400
Facsimile 702.727.1401
*Attorneys for Plaintiff,*
*The Lincoln National Life Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>     v.<br><br>LINDA E. PATTERSON, J. JEFFRY DILL, MICHAEL GLEN PATTERSON, JOHN DOES and JANE DOES,<br><br>                    Defendants. | CASE NO.: 2:15-cv-00892<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff/Stakeholder, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY (hereinafter "Lincoln"), and Defendants, LINDA E. PATTERSON, J. JEFFRY DILL, and MICHAEL GLEN PATTERSON hereby agree and stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that any and all claims of the parties between and against each other be dismissed with prejudice, and with each party bearing their own costs, attorneys' fees and expenses.

5935282v.1

| | |
|---|---|
| Dated this 21st day of March, 2016 | Dated this 21st day of March, 2016 |
| **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** | **CREED & GILES** |
| /s/ Richard I. Dreitzer | /s/ Jerrold E. Creed |
| Richard I. Dreitzer, Esq.<br>Nevada Bar No. 6626<br>300 South 4th Street, 11th Floor<br>Las Vegas, NV 89101<br>(702) 727-1400; FAX (702) 727-1401<br>Attorney for Plaintiff THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | Jerrold E. Creed, Esq.<br>Nevada Bar No. 11094<br>520 South 7th Street, Suite D<br>Las Vegas, NV 89101<br>Attorney for Defendant LINDA E. PATTERSON |

Dated this 21st day of March, 2016

**PHILLIPS BALLENGER**

/s/ Christopher J. Phillips

Christopher J. Phillips, Esq.
Nevada Bar No. 8224
3605 S. Town Center Dr., Suite B
Las Vegas, NV 89135
Attorney for Defendants J. JEFFRY DILL and MICHAEL GLEN PATTERSON

DATED this 21st day of March, 2016.

As stipulated, all pending claims in this action are dismissed with prejudice. The Clerk is instructed to close the case.

DATED: March 23, 2016  _____
UNITED STATES DISTRICT COURT JUDGE

5935282v.1

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP and that on this 22nd day of March, 2016, I did cause a true copy of the forgoing document to be electronically transmitted to the Clerk of Court using the ECF System for filing.

By   */s/ Naomi E. Sudranski*
     An Employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

5935282v.1