Richard I. Dreitzer
Nevada Bar No. 6626
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
Telephone 702.727.1400
Facsimile 702.727.1401
*Attorneys for Plaintiff,*
*The Lincoln National Life Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>LINDA E. PATTERSON, J. JEFFRY DILL, MICHAEL GLEN PATTERSON, JOHN DOES and JANE DOES,<br><br>　　　　　　Defendants. | CASE NO.:  2:15-cv-00892<br><br>**JOINT MOTION OF THE PARTIES TO SET ASIDE ORDER OF DISMISSAL** |

　　　　The parties in the above litigation, by and through their respective attorneys, hereby respectfully submit this Joint Motion of the Parties to Set Aside this Court's Order of Dismissal on grounds that Plaintiff/Stakeholder The Lincoln National Life Insurance Company ("Lincoln") inadvertently filed the wrong Stipulation of Dismissal in the above matter.

　　　　In further support of this Joint motion, the parties state that this matter arises from the death of John C. Patterson (the "Insured" or "Decedent") on July 16, 2012, and the competing claims that have been asserted as to the proceeds of his life insurance policy. The Decedent was originally insured under a life insurance Policy Number 000974241 issued by the United Life and Accident Insurance Company, predecessor in interest to Lincoln, in October, 1985, with a face amount of $30,000.00 ( "the Policy Proceeds"). Defendants/Claimants, Linda E. Patterson, J. Jeffry Dill, and Michael Glen Patterson ("Defendants/Claimants") have submitted competing claims to Lincoln for the Policy Proceeds. Lincoln is uncertain regarding the appropriate distribution of the Policy Proceeds and has entered into a Release and Settlement Agreement with the Defendants/Claimants

935395v.1

for Lincoln to pay the Policy Proceeds, less Lincoln's attorney's fees, into an attorney IOLTA account on behalf of the Defendants/Claimants. The parties have agreed to release Lincoln from any and all claims related to the Policy Proceeds.

Pursuant to the Release and Settlement Agreement entered into by the parties, Lincoln filed a Stipulation of Dismissal with Prejudice on March 23, 2016. The Court then entered an Order that same day dismissing all pending claims and instructing the clerk to close the case. However, Lincoln filed the incorrect Stipulation and inadvertently dismissed the claims between and among all the parties, when the Stipulation was only supposed to release the Defendants/Claimant's claims against Lincoln. Therefore, the parties respectfully request an Order from the Court: 1) setting aside the order of dismissal entered by the Court on March 23, 2016; and 2) allowing the parties to re-file a corrected Stipulation of Dismissal with Prejudice dismissing only the Defendant's/Claimant's claims against Lincoln attached as Exhibit A.

DATED this 5th day of April, 2016.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY  /s/ Richard I. Dreitzer
Richard I. Dreitzer
Nevada Bar No. 6626
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
Telephone 702.727.1400
Facsimile 702.727.1401
*Attorneys for Plaintiff*

Pursuant to the instant Joint Motion, the Court's Stipulated Dismissal Order, (ECF No. 20), is set aside. The parties in this case will have until April 19, 2016, to file an amended Stipulation of Dismissal in this case.

DATED: April 14, 2016

_____
Gloria M. Navarro, Chief Judge
U.S. District Court for the District of Nevada

935395v.1

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP and that on this 5th day of April, 2016, I did cause a true copy of the forgoing document to be electronically transmitted to the Clerk of Court using the ECF System for filing.

By   /s/ Naomi E. Sudranski
An Employee of
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

935395v.1

# EXHIBIT A

# EXHIBIT A

Richard I. Dreitzer
Nevada Bar No. 6626
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
Telephone 702.727.1400
Facsimile 702.727.1401
*Attorneys for Plaintiff,*
*The Lincoln National Life Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LINDA E. PATTERSON, J. JEFFRY DILL, MICHAEL GLEN PATTERSON, JOHN DOES and JANE DOES,<br><br>Defendants. | CASE NO.: 2:15-cv-00892<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF THE LINCOLN NATIONAL LIFE INSURANCE COMPANY ONLY** |

Plaintiff/Stakeholder, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY (hereinafter "Lincoln"), and Defendants, LINDA E. PATTERSON, J. JEFFRY DILL, and MICHAEL GLEN PATTERSON ("Defendants") hereby agree and stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that any and all claims of the Defendants

////

////

5944244v.1

against Lincoln be dismissed with prejudice, and with each party bearing their own costs, attorneys' fees and expenses.

Dated this 5th day of April, 2016

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/s/ Richard I. Dreitzer

Richard I. Dreitzer, Esq.
Nevada Bar No. 6626
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
Attorney for Plaintiff THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

Dated this 5th day of April, 2016

**CREED & GILES**

/s/ Jerrold E. Creed

Jerrold E. Creed, Esq.
Nevada Bar No. 11094
520 South 7th Street, Suite D
Las Vegas, NV 89101
Attorney for Defendant LINDA E. PATTERSON

Dated this 5th day of April, 2016

**PHILLIPS BALLENGER**

/s/ Christopher J. Phillips

Christopher J. Phillips, Esq.
Nevada Bar No. 8224
3605 S. Town Center Dr., Suite B
Las Vegas, NV 89135
Attorney for Defendants J. JEFFRY DILL and MICHAEL GLEN PATTERSON

Page 2 of 3

5944244v.1

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP and that on this ____ day of _____, 2016, I did cause a true copy of the forgoing document to be electronically transmitted to the Clerk of Court using the ECF System for filing.

By _____
An Employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

5944244v.1