Richard I. Dreitzer
Nevada Bar No. 6626
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
Telephone 702.727.1400
Facsimile 702.727.1401
*Attorneys for Plaintiff,*
*The Lincoln National Life Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LINDA E. PATTERSON, J. JEFFRY DILL, MICHAEL GLEN PATTERSON, JOHN DOES and JANE DOES,<br><br>Defendants. | CASE NO.: 2:15-cv-00892<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF THE LINCOLN NATIONAL LIFE INSURANCE COMPANY ONLY** |

Plaintiff/Stakeholder, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY (hereinafter "Lincoln"), and Defendants, LINDA E. PATTERSON, J. JEFFRY DILL, and MICHAEL GLEN PATTERSON ("Defendants") hereby agree and stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that any and all claims of the Defendants against Lincoln be dismissed with prejudice, and with each party bearing their own costs, attorneys' fees and expenses.

. . .

. . .

. . .

. . .

. . .

. . .

5944244v.1

Dated this 25th day of April, 2016

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/s/ Richard I. Dreitzer
_____
Richard I. Dreitzer, Esq.
Nevada Bar No. 6626
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
Attorney for Plaintiff THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

Dated this 25th day of April, 2016

**CREED & GILES**

/s/ Jerrold E. Creed
_____
Jerrold E. Creed, Esq.
Nevada Bar No. 11094
520 South 7th Street, Suite D
Las Vegas, NV 89101
Attorney for Defendant LINDA E. PATTERSON

Dated this 25th day of April, 2016

**PHILLIPS BALLENGER**

/s/ Christopher J. Phillips
_____
Christopher J. Phillips, Esq.
Nevada Bar No. 8224
3605 S. Town Center Dr., Suite B
Las Vegas, NV 89135
Attorney for Defendants J. JEFFRY DILL and MICHAEL GLEN PATTERSON

DATED this 25th day of April, 2016.

As stipulated, any and all claims of the Defendants against Lincoln are dismissed with prejudice, and with each party bearing their own costs, attorneys' fees and expenses.

DATED: __May 2, 2016__            _____
                                   United States District Court Judge

5944244v.1

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP and that on this ____ day of April, 2016, I did cause a true copy of the forgoing document to be electronically transmitted to the Clerk of Court using the ECF System for filing.

By  /s/ Richean Martin
An Employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

5944244v.1